DAVID CHIU, State Bar #189542
City Attorney
TARA M. STEELEY, State Bar #231775
Chief Attorney, Government Litigation
EDMUND T. WANG, State Bar #278755
JESSE E. LANIER, State Bar #303395
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4783 (Wang)
                (415) 554-3915 (Lanier)
Facsimile:      (415) 554-4699
E-Mails:        edmund.wang@sfcityatty.org
                jesse.lanier@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, and KATELYN WILLIAMS,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S OFFICE, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, SHERIFF PAUL MIYAMOTO, in his individual capacity; JENNIFER COLLINS, Chief of Custody for the San Francisco Sheriff's Office, in her individual capacity; LISA PRATT, M.D., in her individual capacity as the former Director of Jail Health Services, and ROLAND PICKENS, Chief Administrator for the San Francisco Health Network, in his official capacity,<br><br>     Defendants. | Case No. 3:26-cv-05508-SK<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S OFFICE, AND SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH TO RESPOND TO COMPLAINT**<br><br>Trial Date:       Not set. |

Pursuant to Local Rule 6-1, Plaintiffs LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, and KATELYN WILLIAMS ("Plaintiffs") and Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S OFFICE, and SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH (collectively, the "City") enter into the following stipulation regarding the time for Defendants to respond to the Complaint.

WHEREAS Plaintiffs filed their complaint on June 8, 2026;

WHEREAS in addition to the City (and two of its departments), Plaintiffs' complaint also names as defendants Paul Miyamoto, Jennifer Collins, Lisa Pratt, M.D., and Roland Pickens, who are all affiliated with the City;

WHEREAS the City was served the summons and complaint on June 11, 2026;

WHEREAS the City is represented by the Office of the City Attorney for the City and County of San Francisco in this case; and Deputy City Attorneys Edmund T. Wang and Jesse E. Lanier will be lead counsel for the City.

WHEREAS the Office of the City Attorney for the City and County of San Francisco anticipates representing the Individual Defendants in this case; and Deputy City Attorneys Edmund T. Wang and Jesse E. Lanier anticipate being lead counsel for the Individual Defendants;

WHEREAS defense counsel, however, must speak to each Individual Defendant to ensure that no conflicts exist with the City and County of San Francisco or within the Office of the City Attorney, and must obtain a formal record of each Individual Defendant consenting and entering into a representation agreement before waiving service or appearing on their behalf;

WHEREAS defense counsel has begun the above process but need additional time to accomplish the task;

WHEREAS the Parties agree that having one response to Plaintiffs' complaint from all defendants rather than multiple, separate, responses, will serve the interests of judicial economy and efficiency; and

WHEREAS the Parties agree that Defendants shall have until July 31, 2026 to file one response to the Complaint, at which point defense counsel will have had enough time to confirm

STIP. FOR EOT FOR CCSF TO RSPD TO CMPLT          1
CASE NO.  3:26-cv-05508-SK

representation of the Individual Defendants, waive service on behalf of the Individual Defendants, and prepare one response to Plaintiffs' complaint on behalf of all Defendants.

NOW THEREFORE, pursuant to Local Rule 6-1, the Parties hereby STIPULATE that the City has until July 31, 2026 to respond to the Complaint.

Dated:  June 25, 2026                        DAVID CHIU
                                             City Attorney
                                             TARA M. STEELEY
                                             Chief Attorney, Government Litigation
                                             EDMUND T. WANG
                                             JESSE E. LANIER
                                             Deputy City Attorneys


                                        By:     /s/ Edmund T. Wang
                                             EDMUND T. WANG
                                             JESSICA ELAINE LANIER

                                             Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO, SAN
                                             FRANCISCO SHERIFF'S OFFICE, and SAN
                                             FRANCISCO DEPARTMENT OF PUBLIC HEALTH


Dated:  June 25, 2026
                                             LAW OFFICE OF YOLANDA HUANG


                                        By:     /s/ Yolanda Huang
                                             YOLANDA HUANG

                                             Attorneys for Plaintiffs
                                             LACARLA CARR, ALEXCIS HERRERA, THEA
                                             HOPKINS, SILVIA MONTOYA, DAMENA PAGE,
                                             GIOVANNA RAMIREZ-HERNANDEZ, MARILYN
                                             SAHAGUN-LOPEZ, KIMBERLY BOYD, and
                                             KATELYN WILLIAMS

**ATTESTATION OF SIGNATURES**

I, Edmund T. Wang, pursuant to Local Rule 5-1(h)(3) of the Northern District of California, attest that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  June 25, 2026

By: /s/ Edmund T. Wang
EDMUND T. WANG

STIP. FOR EOT FOR CCSF TO RSPD TO CMPLT          3
CASE NO.  3:26-cv-05508-SK