Yolanda Huang (Cal. Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
P.O. Box 5475
Berkeley, CA 94705
Ph/Fax: (510) 329-2140
Email: yhuang.law@gmail.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JILLIAN PIERCE, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN FRANCISCO, et al., and DOES 1-50, Jointly and Severally,<br><br>   Defendants. | Case No.:  19-cv-07659--SK<br>     26-cv-5508-SK<br><br>**[PROPOSED] ORDER HOLDING THAT THE CARR CASE IS NOT RELATED TO THE PIERCE CASE** |
| LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, KATELYN WILLIAMS and DOEs 1-50,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., and DOEs, Nos. 1 – 50,<br><br>   Defendants. | |

1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
26-cv-5508-SK / 19-cv-02724-SK

**[PROPOSED] ORDER**

Having reviewed the moving papers of the City and County of San Francisco, and the opposition papers of the Carr plaintiffs,

Good cause appearing,

The Court finds that Carr, et al. v. City and County of San Francisco, et al, 26-cv-5508-SK, is not related to Pierce, et al. v. County of San Francisco, et al. 19-cv-07659-JSW.

IT IS SO ORDERED.

Date: JULY __, 2026

By: _____
JUDGE
FEDERAL DISTRICT COURT

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
26-cv-5508-SK / 19-cv-02724-SK