DAVID CHIU, State Bar #189542
City Attorney
TARA M. STEELEY, State Bar #231775
Chief Attorney, Government Litigation
EDMUND T. WANG, State Bar #278755
JESSE E. LANIER, State Bar #303395
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:      (415) 554-4783 (Wang)
                (415) 554-3915 (Lanier)
Facsimile:      (415) 554-4699
E-Mails:        edmund.wang@sfcityatty.org
                jesse.lanier@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, and KATELYN WILLIAMS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S OFFICE, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, SHERIFF PAUL MIYAMOTO, in his individual capacity; JENNIFER COLLINS, Chief of Custody for the San Francisco Sheriff's Office, in her individual capacity; LISA PRATT, M.D., in her individual capacity as the former Director of Jail Health Services, and ROLAND PICKENS, Chief Administrator for the San Francisco Health Network, in his official capacity,<br><br>        Defendants. | Case No. 3:26-cv-05508-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:   September 11, 2026<br>Time:           10:00 a.m.<br>Place:          Hon. Charles R. Breyer<br>                450 Golden Gate Avenue<br>                Courtroom 6 – 17th Floor<br>                San Francisco, CA  94102<br><br>Trial Date:     None set. |

[Proposed] Order Granting Defts.' MTD
Case No. 3:26-cv-05508-CRB

Defendants CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO SHERIFF'S OFFICE, SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, SHERIFF PAUL MIYAMOTO, JENNIFER COLLINS, LISA PRATT, M.D., and ROLAND PICKENS'S Motion to Dismiss the Complaint for Declaratory and Injunctive Relief and for Damages came on regularly for hearing on September 11, at 10:00 a.m., the Honorable Charles R. Breyer presiding. The attorneys of record, having appeared on behalf of the respective parties and after hearing oral argument, and considering the papers filed by the parties, the Court rules as follows.

Defendants' Motion to Dismiss is GRANTED.

IT IS SO ORDERED:

Dated:_____                    _____
                                          The Honorable Charles R. Breyer
                                          UNITED STATES DISTRICT COURT