**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

LACARLA CARR, ALEXCIS HERRERA, THEA HOPKINS, SILVIA MONTOYA, DAMENA PAGE, GIOVANNA RAMIREZ-HERNANDEZ, MARILYN SAHAGUN-LOPEZ, KIMBERLY BOYD, and KATELYN WILLIAMS,

Plaintiffs,

vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendant.

CASE NO.: 3:26-CV-5508- CRB

~~[Proposed]~~
ORDER GRANTING PLAINTIFFS LEAVE TO FILE SURREBUTTAL AND DECLARATION OF YOLANDA HUANG WITH ATTACHED EXHIBITS

**~~[Proposed]~~**
**ORDER**

Plaintiffs' administrative motion for leave to file surrebuttal and any objections were considered by this Court.

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs may file their proposed surrebuttal and the Declaration of Yolanda Huang with attached exhibits.

Dated: August 27, 2026

By: ______________________
CHARLES R. BREYER
US DISTRICT JUDGE